# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JUAN PUSCUAL VALENCIA                                PLAINTIFF

v.                       No. 3:18-cv-90-DPM-JJV

GREENE COUNTY DETENTION CENTER;
GREENE COUNTY SHERIFF'S OFFICE;
DAVID CARTER, Sheriff, Greene County
Sheriff's Department; ALLISON HUCKABEE,
Jail Administrator, Greene County Sheriff's
Department; T. HUGGINS, LPN, Turnkey
Health Clinics; DON CRITTENDEN,
Assistant Administrator; and TURNKEY
HEALTH CLINICS                               DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the partial recommendation, № 13, and overrules Valencia's objections, № 14 & № 15. FED. R. CIV. P. 72(b)(3). If Valencia wants to allege more facts against Crittenden and TurnKey, then he must do so in an amended complaint—not in his objections. Valencia may proceed on his claim against Defendant Huggins. The other claims in his amended complaint are dismissed without prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

*13 August 2018*