# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JUAN PUSCUAL VALENCIA                                              PLAINTIFF

v.                           No. 3:18-cv-90-DPM

T. HUGGINS, LPN, Turnkey Health Clinics                            DEFENDANT

## ORDER

Unopposed recommendation, № 24, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Valencia's complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 September 2018