# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JUAN PUSCUAL VALENCIA                                    PLAINTIFF

v.                          No. 3:18-cv-90-DPM

GREENE COUNTY DETENTION CENTER;
GREENE COUNTY SHERIFF'S OFFICE;
DAVID CARTER, Sheriff, Greene County
Sheriff's Department; ALLISON HUCKABEE,
Jail Administrator, Greene County Sheriff's
Department; T. HUGGINS, LPN, Turnkey
Health Clinics; DON CRITTENDEN,
Assistant Administrator; and TURNKEY
HEALTH CLINICS                                          DEFENDANTS

## JUDGMENT

Valencia's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 September 2018